COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Felicia Nicole Jones v. Macy's and Eric Limbocker

Appellate case number:    01-14-00143-CV

Trial court case number:  74030

Trial court:                239th District Court of Brazoria County

The Court has received Appellees' Motion to (1) Strike the Noncompliant Brief, (2) Dismiss the Frivolous Appeal, and (3) Abate the Requirement for a Brief from Appellees, which was filed on July 9, 2014.   The Court also received Appellees' Motion for Additional Time to File Brief, which was filed on August 19, 2014.

The motion filed by appellees on July 9, 2014 will be carried with the case.  The motion for additional time to file brief is **GRANTED**.  If appellees desire to file a brief, they are **ORDERED** to file one within 14 days of the date of this order.  At that time, whether a brief has been filed by appellees or not, this case will be set at issue and may be submitted to the Court at any time.

Judge's signature: _/s/_ Rebeca Huddle
                          X  Acting individually

Date:  September 18, 2014